# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  09-cr-00142-MSK-01 |
| | USM Number:  36409-013 |
| AUGUSTINE DONERO GALLEGOS | Matthew C. Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7 & 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 05/08/12 |

      The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      The defendant has not committed violation 8 and is discharged as to such violation.

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

      It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 30, 2012
_____
Date of Imposition of Judgment


 s/ Marcia S. Krieger
_____
Signature of Judge


Marcia S. Krieger, U.S. District Judge
_____
Name & Title of Judge


November 1, 2012
_____
Date

DEFENDANT:  AUGUSTINE DONERO GALLEGOS
CASE NUMBER:  09-cr-00142-MSK-01                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 2 | Possession and Use of a Controlled Substance | 06/01/12 |
| 3 | Possession and Use of a Controlled Substance | 06/21/12 |
| 4 | Possession and Use of a Controlled Substance | 08/16/12 |
| 5 | Possession and Use of a Controlled Substance | 08/24/12 |
| 6 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 06/12/12 |
| 7 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 06/25/12 |
| 9 | Failure to Comply with the Rules and Regulations of a Residential Re-entry Center | 08/27/12 |

DEFENDANT:  AUGUSTINE DONERO GALLEGOS
CASE NUMBER:  09-cr-00142-MSK-01                                  Judgment-Page 3 of 3

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.  No supervision to follow term of imprisonment.

       The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

       Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                               _____

                                             UNITED STATES MARSHAL


                               By_____
                                         Deputy United States Marshal